# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith McComb,<br><br>    Plaintiff,<br><br>  v.<br><br>Frank McHugh, in his individual and representative capacity as trustee of the Christine O. Donovan Trust; Jose Ramon Ulloa Garcia; Jose Miguel Murcio ; and Does 1-10,<br><br>    Defendants. | Case:2:14-CV-00406-MMM-MAN<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

## ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: 5/14/2014      *Margaret M. Morrow*

HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT COURT JUDGE

---

1

Stipulation for Dismissal        Case: 2:14-CV-00406-MMM-MAN